AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| ONE LONGHORN LAND I, L.P.<br><br>_____<br>*Plaintiff(s)*<br><br>v.<br><br><br>DEFENDANT FF ARABIAN, LLC; PALO VERDE FUND, L.P.; DAVID PRESLEY, INDIVIDUALLY AND AS TRUSTEE OF THE DAVID C. PRESLEY REVOCABLE TRUST DATED OCTOBER 18, 1991; PAUL ROSS; and ANTHONY STACY<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No. 4:15-CV-00203 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* PALO VERDE FUND,  L.P.
                                   CARE OF: BUSINESS FILINGS INCORPORATED
                                   108 WEST 13th STREET
                                   WILMINGTON, DE 19801

        A lawsuit has been filed against you.

        Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:    **5/26/15**   _____

                                              David Malone
                                             *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:15-CV-00203

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

____ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

____ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

____ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

____ I returned the summons unexecuted because _____ ; or

____ Other *(specify):*

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: