IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| ONE LONGHORN LAND I, L.P., :<br>:<br>*Plaintiff* :<br>:<br>v. :<br>:<br>DEFENDANT FF ARABIAN, LLC; PALO :<br>VERDE FUND, L.P.; DAVID PRESLEY, :<br>INDIVIDUALLY AND AS TRUSTEE OF :<br>THE DAVID C. PRESLEY REVOCABLE :<br>TRUST DATED OCTOBER 18, 1991; PAUL :<br>ROSS; and ANTHONY STACY :<br>:<br>*Defendants*. : | CIVIL ACTION NO. 4:15-cv-00203<br><br>JURY TRIAL DEMANDED |

**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DAVID PRESLEY, INDIVIDUALLY AND AS TRUSTEE OF THE DAVID C. PRESLEY REVOCABLE TRUST DATED OCTOBER 18, 1991, AND WITHOUT PREJUDICE AS TO FF ARABIAN, LLC, PALO VERDE FUND, L.P., PAUL ROSS, AND ANTHONY STACY**

Pursuant to Rule 41(a)(1)(A)(ii) of the FEDERAL RULES OF CIVIL PROCEDURE, plaintiff One Longhorn Land I, L.P. ("Plaintiff") and defendant David Presley, both individually, and as trustee of the David C. Presley Revocable Trust Dated October 18, 1991 (collectively, "Defendant Presley"), hereby stipulate to dismissal of the above-captioned action, with prejudice as to Defendant Presley for all acts or omissions occurring on or before the date of this dismissal that give rise to claims or causes of action connected with Plaintiff's investment into FF Arabian

*Stipulation of Dismissal with Prejudice as to David Presley, Individually and as Trustee of the David C. Presley Revocable Trust Dated October 18, 1991, and Without Prejudice as to FF Arabian, LLC, Palo Verde Fund, L.P., Paul Ross, and Anthony Stacy*

Page 1 of 3

that existed at the time of the filing and that are the subject of the above-captioned lawsuit, however, such dismissal shall be without prejudice as to defendants FF Arabian, LLC, Palo Verde Fund, L.P., Paul Ross, and Anthony Stacy (the, "Absent Defendants"). Defendant Presley and Plaintiff shall bear their own attorney's fees and costs.

Dated: November 18, 2016

Respectfully Submitted,

*/s/ L. David Anderson*
L. David Anderson
State Bar No. 00796126

WICK PHILIPS GOULD & MARTIN, LLP
3131 McKinney Avenue, Suite 100
Dallas, TX 75204
Telephone: (214) 692-6200
Facsimile: (214) 692-6255
Email: david.anderson@wickphillips.com

***Attorney for Defendant David Presley***

*/s/ Brian K. Norman*
Brian K. Norman
State Bar No. 00797161

SHAMOUN & NORMAN LLP
1800 Valley View Ln.
Farmers Branch, TX 75234
Telephone: (214) 987-1745
Facsimile: (214) 521-9033
Email: bkn@snlegal.com

***Attorney for Plaintiff***

*Stipulation of Dismissal with Prejudice as to David Presley, Individually and as Trustee of the David C. Presley Revocable Trust Dated October 18, 1991, and Without Prejudice as to FF Arabian, LLC, Palo Verde Fund, L.P., Paul Ross, and Anthony Stacy*

Page 2 of 3

## CERTIFICATE OF SERVICE

      Pursuant to Local Rule CV-5(c), the undersigned hereby certifies that, on November 18, 2016, the foregoing document was served by electronic means, pursuant to Federal Rule of Civil Procedure 5(b)(2)(E), on all counsel who are deemed to have consented to electronic service pursuant to Local Rule CV-5(a)(3).

Dated: November 18, 2016

Respectfully Submitted,

/s/ Brian K. Norman
Brian K. Norman
State Bar No. 00797161

SHAMOUN & NORMAN LLP
1755 Wittington Place, Suite 200
Dallas, TX 75234
Telephone: (214) 987-1745
Facsimile: (214) 521-9033
Email: bkn@snlegal.com

***Attorney for Plaintiff***

---

*Stipulation of Dismissal with Prejudice as to David Presley, Individually and as Trustee of the David C. Presley Revocable Trust Dated October 18, 1991, and Without Prejudice as to FF Arabian, LLC, Palo Verde Fund, L.P., Paul Ross, and Anthony Stacy*