# IN THE UNITED STATES DISTRICT COURT
# OF THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| ONE LONGHORN LAND I, L.P. § | |
| § | |
| *Plaintiff,* § | |
| § | |
| V. § | CASE NO. 4:15cv203 |
| § | Judge Mazzant/Judge Craven |
| DEFENDANT FF ARABIAN, LLC; PALO § | |
| VERDE FUND, L.P.; DAVID PRESLEY, § | |
| INDIVIDUALLY AND AS TRUSTEE OF § | |
| THE DAVID C. PRESLEY REVOCABLE § | |
| TRUST DATED OCTOBER 18, 1991; PAUL § | |
| ROSS and ANTHONY STACY § | |
| § | |
| *Defendants.* § | |

## ORDER OF DISMISSAL

Before the Court is the Stipulation of Dismissal With Prejudice as to David Presley, Individually and as Trustee of the David C. Presley Revocable Trust Dated October 18, 1991, and Without Prejudice as to FF Arabian, LLC, Palo Verde Fund, L.P., Paul Ross, and Antony Stacy (Dkt. No. 61). Pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), Plaintiff One Longhorn Land I, L.P. and Defendant David Presley, both individually and as trustee of the David C. Presley Revocable Trust Dated October 18, 1991 ("Defendant Presley") stipulate to dismissal of the above case with prejudice as to Defendant Presley for all acts or omissions occurring on or before the date of this dismissal that give rise to claims or causes of action connected with Plaintiff's investment into FF Arabian that existed at the time of the filing and that are the subject of the above-captioned lawsuit. However, this dismissal is without prejudice as to defendants FF Arabian, LLC, Palo Verde Fund, L.P., Paul Ross, and Anthony Stacy.[1]

---

[1] On January 4, 2016, the Clerk of the Court entered Clerk's Entry of Default Against Defendants Paul Ross, Anthony Stacy, FF Arabian, LLC, and Palo Verde Fund, L.P. (Dkt. No. 47).

It is **ORDERED** the Stipulation of Dismissal (Dkt. No. 61) is accepted by the Court. The Court further **ORDERS** this case is **DISMISSED with prejudice** as to David Presley, Individually and as Trustee of the David C. Presley Revocable Trust Dated October 18, 1991, and **without prejudice** as to FF Arabian, LLC, Palo Verde Fund, L.P., Paul Ross, and Antony Stacy. Each party shall bear their own costs.

All relief not previously granted is **DENIED**.

The Clerk is directed to **CLOSE** this civil action.
**SIGNED this 22nd day of November, 2016.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE